# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2021

## NO. 03-19-00501-CV

**Ken Paxton, Texas Attorney General, Appellant**

**v.**

**City of Austin, Mayor Steve Adler, Ora Houston, Delia Garza, Sabino Renteria, Gregorio Casar, Ann Kitchen, Don Zimmerman, Leslie Pool, Ellen Troxclair, Kathie Tovo, and Sheri Gallo, each in their Official Capacity, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 1, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.